IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:07CR82 |
| | § | JUDGE DAVIS |
| JUSTIN JAKE NEWMAN (11) | § | |

NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court that the Defendant, JUSTIN JAKE NEWMAN, and the Government have entered into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN L. RATCLIFFE
UNITED STATES ATTORNEY


   /s/ *Richard L. Moore*
Richard L. Moore
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
BAR # 14366700

ATTORNEY FOR THE
UNITED STATES OF AMERICA

1

## CERTIFICATE OF SERVICE

On this the 17th day of December, 2007, I, Richard L. Moore, Assistant United States Attorney for the Eastern District of Texas, the attorney of record for the United States of America herein, do certify that a true and correct copy of the foregoing instrument was filed with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

1. Robert Kelly Pace
   pacekelly@hotmail.com


       /s/ *Richard L. Moore*
RICHARD L. MOORE