IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. 6:07CR82 |
| | § | JUDGE DAVIS |
| JUSTIN JAKE NEWMAN (11) | § | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

> Violation: Title 21, United States Code, § 846
> (Conspiracy to possess with intent to distribute and
> distribution of at least 10 grams but less than 20 grams
> of a mixture or substance containing a detectable
> amount of methamphetamine)

From on or about March, 2007 and continuing thereafter until on or about May, 2007, in the Eastern District of Texas, JUSTIN JAKE NEWMAN, Defendant herein, did knowingly, intentionally, and unlawfully, combine, conspire, confederate, and agree with others, both known and unknown to the United States Attorney, to violate a law of the United States of America, to wit, Title 21, United States Code, Section 841(a)(1), prohibiting the possession with intent to distribute and distribution of at least 10 grams but less than 20 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 21 U.S.C. § 853

As a result of committing the foregoing offense charged in this Information, Defendant herein used or intended to use, the below described property to commit or facilitate the said controlled substance violation and the below described property is derived from proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. 846, including but not limited to the following:

## CASH PROCEEDS -

Approximately $1,000,000.00 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is proceeds obtained directly or indirectly as a result of the commission of the aforesaid violations.

### Substitute Assets

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of Defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by Defendant.

By virtue of the commission of the offenses alleged in this Information, any and all interest the Defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853.

Date: 1-9-8

JOHN L. RATCLIFFE
UNITED STATES ATTORNEY

RICHARD L. MOORE
ASSISTANT U.S. ATTORNEY
110 N. College, Suite 700
Tyler, Texas 75702
903-590-1400
Bar Card No. 14366700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:07CR82 |
| | § | JUDGE DAVIS |
| JUSTIN JAKE NEWMAN (11) | § | |

NOTICE OF PENALTY

COUNT 1

Violation: Title 21, United States Code, Section 846 (Conspiracy to possess with intent to distribute methamphetamine)

Penalty: Imprisonment for a term of not more than 20 years, a fine not to exceed $1,000,000, or both. A term of supervised release of at least 3 years.

Special Assessment: $100.00