| | | | |
|---|---|---|---|
| DATE: | June 19, 2008 | CASE NO: | 6:07-CR-82(11) |
| LOCATION: | Tyler | | |
| JUDGE: | Leonard Davis | USA VS. | JUSTIN JAKE NEWMAN |
| DEP. CLERK: | Rosa L. Ferguson | | |
| RPTR/ECRO: | Shea Sloan | Richard Moore - Assigned | Kelly Pace |
| USPO: | Jason Barr | Richard Moore - Appeared | Attorney for Defendant |
| INTERPRETER: | | | |
| | | BEGIN: 10:10 AM | ADJOURN: 10:20 am |

# SENTENCING

☒ Sentencing called  ☒ Sentencing held
☒ Court adopts PSR in its entirety

| CT. | CUSTODY | Consec/Concurr | W/CT | FINE | REST | SUP/REL | Consec/Concurr | W/CT | SP/ASS | INELIG FED BEN. |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 (Inf) | 24 Mos | | | Waived | | 3 Years | | | $100 | 5 Years |
| | | | | | | | | | | |
| | | | | | | | | | | |

**BOP RECOMMENDATIONS:**

☒ Dft be **designated to FCI: Texarkana**  
☐ Dft participate in the **Inmate Financial Responsibility Program**.  
☐ Dft participate in **Intensive Confinement Center**.  

☒ Dft participate in **Drug Treatment Program**.  
☐ Dft participate in the **500-Hr Drug Treatment Program**.  
☐ Deft participate in **Sexual Offender Program**.

| | **SPECIAL CONDITIONS of RELEASE** |
|---|---|
| X | Dft shall **report** in person to the probation office in the district to which the dtf is released within **72 hours** of release from BOP. |
| X | Dft shall not commit another Federal, State or Local crime, shall comply with the **standard conditions** adopted by this Court and with the following additional conditions: |
| X | Dft shall not possess a **firearm** or other destructive device.   Dft shall be **surrendered to INS official** for deportation proceeding. |
| | Dft shall pay any **financial penalty** that is imposed by this judgment and that remains unpaid at the commencement of SUP/REL. |
| X | Dft shall provide the probation officer with access to any requested **financial information**. |
| | Dft shall **not incur new credit charges** or open additional lines of credit without the approval of Probation Officer. |
| X | Court orders **mandatory drug test**   Court finds drug test w/in 15 days of release unnecessary. |
| X | Dft shall participate in a Program of testing and treatment for ☒ **Drug Abuse** |
| | Dft shall perform _____ hours of **community service** as directed by probation officer.   Dft to **pay delinquent Child Support.** |
| | Dft shall be placed on **home detention** for a period of _____ months, to commence (immediately/immediately following release from imprisonment/on _____).  Dft to follow conditions of Home Detention. |
| X | Dft shall cooperate in the collection of **DNA** as directed by the Probation Officer. |
| | Dft shall not participate in any form of GAMBLING. |

| | | | | | |
|---|---|---|---|---|---|
| X | Dft **REMANDED** to the USM. | | | X | **REMAINING** Counts **dismissed** on Govt's Motion |
| | | | USM | X | Dft advised of **right to appeal** & court appointed counsel |
| | | X | Designated FCI | X | **Presentence Report** Sealed. |
| Dft's **bond**  ☐ set  ☐ reduced to $_____ ☐ cash  ☐ surety  ☐ 10%  ☐ PR  ☐ unsecured | | | | X | **Minutes** filed |
| | | | | | **Exhibit** list filed |
| **Bond continued** | in this case | other case # _____ | | | **Witness** list filed. |
| Dft failed to appear | Ord/Arrest Warrant | BND forfeited. | | | See reverse/attached for additional proceedings |

**FILED: 6.19.2008**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
DAVID J. MALAND, CLERK

FORM TXED-118

| | |
|---|---|
| 10:10 am | **CASE CALLED**.  Mr. Moore announced ready for the Government.  Mr. Pace announced ready for the Defendant. |

**PRESENTENCE REPORT**: Court  inquired if Mr. Pace and dft received a copy of PSR, have reviewed it, and have any objections.  Mr. Pace does not have objections.

Court inquired if the Govt has any objections.  The Gvt does not.

Court Adopts PSR in its entirety other as indicated above.  Court finally accepts plea agreement in this case.

**CRIME VICTIM ALLOCUTION:**  Court inquired if there were any victims present in the courtroom.  None present.

**ALLOCUTION BY DEFENDANT**:   Dft **DID** allocute to Court.   Mr. Pace addressed the Court on the Defendant's behalf and asked Court to follow the recommended sentence.
Mr. Moore addressed the Court and has nothing further.

**IMPOSITION OF SENTENCE:** Court imposed sentence and made recommendations to BOP.

**APPEAL:**  Deft advised of right to appeal & court appointed counsel.
**REMAINING COUNTS:** Mr. Moore moved to dismiss remaining counts.  Motion granted.
**PLACE OF CONFINEMENT:** Mr. Pace requested FCI Texarkana, or as near to East. Tx as possible.
**FORFEITURE:** Mr. Moore moved for Final Order of Forfeiture be granted and that be made part of the judgment.  Motion granted.

**CUSTODY:**  Dft REMANDED to USM.

| | |
|---|---|
| 10: 20 am | There being nothing further in this case, Court adjourned. |